

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00545-CV

**STRATA TRUST COMPANY**, f/b/o Ronald D. Ballard IRA Account,
Appellant

v.

**J & L OWENS, SERIES, LLC**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-22177
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED January 6, 2021.

_____
Liza A. Rodriguez, Justice